1   Tanya E. Moore, SBN 206683
    MOORE LAW FIRM, P.C.
2   332 North Second Street
    San Jose, California  95112
3   Telephone (408) 298-2000
    Facsimile (408) 298-6046
4   Email:  service@moorelawfirm.com

5   Attorney for Plaintiff
    Arthur Owens
6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11  ARTHUR OWENS,                              )   No.  1:16-cv-00382-LJO-SMS
                                               )
12              Plaintiff,                      )   **STIPULATION FOR FURTHER**
                                               )   **EXTENSION OF TIME FOR**
13      vs.                                     )   **DEFENDANT AMI WINEPRESS, L.P.'S**
                                               )   **RESPONSIVE PLEADING AND FOR**
14  ISHIHARA-LIANG, INC. dba EDO-YA            )   **CONTINUANCE OF MANDATORY**
    TOKYO CUISINE, et al.,                     )   **SCHEDULING CONFERENCE;**
15                                             )   **ORDER**
                                               )
16              Defendants.                     )
                                               )
17                                             )
                                               )
18  _____  )

19          WHEREAS, a Mandatory Scheduling Conference in this action is currently set for June

20  22, 2016, pursuant to the Court's Order dated March 18, 2016 (Dkt. 3);

21          WHEREAS, Plaintiff, Arthur Owens ("Plaintiff"), and Defendant, AMI Winepress, L.P.

22  ("AMI"), previously stipulated to an extension of time for AMI's responsive pleading such that

23  the responsive pleading is due on May 27, 2016 (Dkt. 8;

24          WHEREAS, Plaintiff, AMI, and Defendant Ishihara-Liang, Inc. dba Edo-Ya Tokyo

25  Cuisine ("Ishihara," and together with Plaintiff and AMI, "the Parties"), are engaging in

26  settlement discussions and wish to exhaust such efforts before incurring the fees and costs

27  associated with AMI's responsive pleading and the Scheduling Conference, and to conserve

28  Court resources;

STIPULATION FOR FURTHER EXTENSION OF TIME FOR RESPONSIVE PLEADING AND
CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE;
[PROPOSED] ORDER

Page 1

1   NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate to a

2   continuance of the Mandatory Scheduling Conference currently set for June 22, 2016 to a date

3   at the Court's convenience after July 29, 2016, and to a further extension of time for AMI's

4   responsive pleading such that it be due on July 15, 2016.

5

6   Dated: May 27, 2016                    MOORE LAW FIRM, P.C.

7

8                                          */s/ Tanya E. Moore*
                                           Tanya E. Moore
9                                          Attorney for Plaintiff,
                                           Arthur Owens
10

11  Dated: May 27, 2016                    CAMPAGNE & CAMPAGNE,
                                           A Professional Corporation
12

13

14                                         */s/ Justin T. Campagne*
                                           Justin T. Campagne
15                                         Attorneys for Defendant,
                                           Ishihara-Liang, Inc. dba Edo-Ya Tokyo Cuisine
16

17  Dated: May 31, 2016                    LAW OFFICES OF NICK ZINKIN

18

19                                         */s/ Nick Zinkin*
                                           Nick Zinkin
20                                         Attorney for Defendant,
                                           AMI Winepress, L.P.
21

22

23

24

25

26

27

28

STIPULATION FOR FURTHER EXTENSION OF TIME FOR RESPONSIVE PLEADING AND
CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE;
[PROPOSED] ORDER

Page 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for June 22, 2016 is continued to August 17, 2016 at 1:30 p.m., before Magistrate Judge Sandra M. Snyder. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS FURTHER ORDERED that Defendant AMI Winepress, L.P. shall file its responsive pleading on or before July 15, 2016.

IT IS SO ORDERED.

Dated:   **May 31, 2016**                              **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR FURTHER EXTENSION OF TIME FOR RESPONSIVE PLEADING AND
CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE;
[PROPOSED] ORDER

Page 3