Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Arthur Owens

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS, | ) No.  1:16-cv-00382-LJO-SMS |
| Plaintiff, | ) |
| | ) **ORDER GRANTING STIPULATION FOR** |
| vs. | ) **DISMISSAL OF ENTIRE ACTION** |
| | ) |
| ISHIHARA-LIANG, INC. dba EDO-YA | ) |
| TOKYO CUISINE, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice as to Defendants Ishihara-Liang, Inc. dba Edo-Ya Tokyo Cuisine; and AMI Winepress, L.P. Each party shall bear its own attorney's fees and costs.

The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **July 27, 2016**          _____ **/s/ Lawrence J. O'Neill** _____
                                    UNITED STATES CHIEF DISTRICT JUDGE